# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, § § § | |
| Plaintiff, § | Case No: 4:19-cv-01211 |
| § | |
| vs. § | |
| § | |
| AMCREST INDUSTRIES, LLC § § | |
| Defendant. § § | |

## PLAINTIFF ROTHSCHID BROADCAST DISTRIBUTION SYSTEMS, LLC'S
## F.R.C.P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Rothschild Broadcast Distribution Systems, LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

DATED April 4, 2019

Respectfully submitted,

/s/ Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kpllc.com
bkizzia@kpllc.com

**ATTORNEYS FOR PLAINTIFF**